**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1666

ELLIS HARLEY BARBER, American Indian
Ministries,

Plaintiff - Appellant,

versus

WEIS MARKETS, INCORPORATED; HOWARD COUNTY
CIRCUIT COURT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-01-1203-WMN)

Submitted:  November 8, 2001        Decided:  November 15, 2001

Before WILKINS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ellis Harley Barber, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ellis Harley Barber appeals the district court's order dismissing his civil action for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barber v. Weis Mkts.</u>, No. CA-01-1203-WMN (D. Md. Apr. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>